

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-20-00091-CV

Matthew L. **WEBB**,
Appellant

v.

**HEB LP.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI00522
Honorable Aaron Haas, Judge Presiding

## O R D E R

Appellant filed a notice of appeal on February 10, 2020. Thereafter, appellant filed a statement of inability to afford payment of costs. It is therefore **ORDERED** that the clerk of this court provide a copy of appellant's statement of inability to afford payment of costs to the other parties, the trial court clerk, and the court reporter. It is **FURTHER ORDERED** that any objection to appellant's indigence must be filed on or before **March 2, 2020.** If no objection is filed, the appellant will be deemed indigent for purposes of this appeal, and the trial court clerk and the court reporter will be required to file the clerk's record and reporter's record in this appeal without payment of costs on or before **April 1, 2020.**

_Irene Rios_
_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

_Michael A. Cruz_
_____
Michael A. Cruz,
Clerk of Court